BRITT *v.* THE STATE.

COBB, J. 1. The exercise of due diligence on the part of the accused and his counsel would have enabled them to discover before the jury was empanelled that two of the jurors selected to try the case were members of the grand jury that found the bill. See *Jones* v. *State,* 95 *Ga.* 497.

2. The evidence fully warranted the verdict, and the court did not err in refusing to grant a new trial. *Judgment affirmed. All the Justices concurring.*

Submitted January 21,—Decided January 25, 1901.

Indictment for selling liquor. Before Judge Reagan. Butts superior court. November 16, 1900.

*Ray & Ray,* for plaintiff in error.

*O. H. B. Bloodworth, solicitor-general,* contra.